IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 6:14-834-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Laquency Higgins, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion for a sentence reduction pursuant to the First Step Act, Pub. L. No. 115-391, December 21, 2018, 132 Stat. 5194. The Defendant argues that the First Step Act reduces the sentence that he received. On June 22, 2015, the Defendant pled guilty pursuant to a plea agreement to one count of being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1). On October 21, 2015, the Defendant was sentenced to 120 months' imprisonment.

Section 404(b) of the First Step Act provides that "[a] court that imposed a sentence for a covered offense may, on motion of the defendant, the Director of the Bureau of Prisons, the attorney for the Government, or the court, impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed." Pub. L. No. 115-391, December 21, 2018, 132 Stat. 5194. The Fair Sentencing Act of 2010 reduced the sentencing disparity between cocaine base and powder cocaine offenses. Pub. L. No. 111-220, 124 Stat. 2372. The First Step Act made the Fair Sentencing Act retroactive. Pub. L No. 115-391, December 21, 2018, 132 Stat. 5194.

After review, the Defendant's motion is denied because the First Step Act does not apply because his conviction is not a covered offense under the First Step Act. Based on the

foregoing, the Defendant's motion, docket number 83, is denied.  Further, the Defendant's request for the appointment of counsel is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

April 30, 2019
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

Movant is hereby notified that he has the right to appeal this order within fourteen (14) days from the date hereof, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.